| | |
|---|---|
| MELODIE A. WHITSON (CA SBN 253992)<br>CASPER J. RANKIN (CA SBN 249196)<br>PITE DUNCAN LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 | |

Attorneys for JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>JEFFREY A HILL,<br><br>               Debtor(s). | Case No. 09-12325-AJ<br><br>Chapter 13<br><br>R.S. No.  JBA-1826<br><br>NOTICE OF RESTORED MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001)<br><br>DATE:       November 10, 2010<br>TIME:        9:00am<br><br>99 South "E" Street<br>Santa Rosa, CA 95404-6524 |

TO THE DEBTOR, DEBTOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

      NOTICE IS HEREBY GIVEN that on the date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order Granting Relief From Automatic Stay on the grounds set forth in the Motion for Relief From Automatic Stay and Declaration in Support of Motion for Relief From Automatic Stay filed concurrently herewith.

- 1 -

PLEASE TAKE FURTHER NOTICE that Respondents must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondents fail to appear, default may be entered.

Dated: October 12, 2010       PITE DUNCAN LLP

/s/ MELODIE A. WHITSON (CA SBN 253992)
Attorneys for JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC